GEORGE I. SKINNER, as Superintendent of Banks of the State of New York, Respondent, *v.* CHARLES M. SCHWAB et al., Defendants.

GEORGE T. ROGERS, Appellant.

Reported below, 188 App. Div. 457, 469.
(Submitted February 23, 1920; decided March 2, 1920.)

MOTION to dismiss an appeal by permission from a judgment of the Appellate Divivison of the Supreme Court in the first judicial department, entered June 21, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the exceptions were frivolous.

*Samuel S. Koenig* for motion.

*John L. Wells* opposed.

Motion denied.

In the Matter of the Proceedings Supplementary to the Judgment in the Action of EDWARD J. BACKENSTOS, Appellant, *v.* THOMAS E. NOYES et al., Defendants.

FANNIE A. NOYES, Respondent.

*Matter of Backenstos v. Noyes*, 189 App. Div. 928, appeal dismissed.
(Argued February 23, 1920; decided March 9, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1919, which affirmed an order of Special Term granting a motion to vacate and set aside an order for the examination of a third party in supplementary proceedings.

*Joseph M. Gazzam* for appellant.

*Jerome A. Strauss* and *Nathan Ballin* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.